UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §  Criminal No.  **M-24-150** § |
| JORGE ALBERTO GOMEZ<br>ANGELICA TERESA ARDILA<br>JUVENTINO OCAMPO-AMARO<br> | § § § § § § § § § § |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about November 14, 2023, up to and including the date of the indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JORGE ALBERTO GOMEZ**
**JUVENTINO OCAMPO-AMARO**



**and**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near Mission, Texas, to another location near San Isidro, Texas, by means of a motor vehicle and by foot.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

## Count Two

On or about January 12, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JORGE ALBERTO GOMEZ**
**ANGELICA TERESA ARDILA**



**and**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to conceal, harbor, and shield from detection said aliens in any place, including any building or any means of transportation, to wit: in a residence located near McAllen, Texas.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY